UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Andre Lamar Hunter,
    Petitioner,

No. 1:18-cv-134

-v-

HONORABLE PAUL L. MALONEY

S.L. Burt,
    Respondent.

## JUDGMENT

In accordance with the Court's Order entered on this date, and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date: March 26, 2019            /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                       United States District Judge